UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. § 1915

Freda W Smith,
Plaintiff(s),

v.

Case No. 3:09 mc 329 (WIG)

Ability Beyond Disability
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_Freda W Smith_
Original Signature

Freda W Smith
Name (print or type)

106 Liberty St
Street Address

Stamford    CT    06903
City        State  Zip Code

(203) 536-7147
Telephone Number

Rev.1/11/08                                    1

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

# FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

_Freda W Smith_,
   Plaintiff(s),

v.                                              Case No. _____

_Ability Beyond disability_
   Defendant(s).

I declare that:

(1) I am unable to pay such fees, costs, or give security therefor.

(2) I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single ____ Married ____ Separated ✓ Divorced ____
If separated or divorced, are you paying any support or any form of maintenance?
Yes ____ No ✗
Dependents: Wife ____ Children # ____ Others # ____
and relationship _____
Please provide the names and ages of your children. **IF A CHILD IS A MINOR (UNDER AGE 18), PLEASE IDENTIFY THE CHILD BY <u>INITIALS</u> ONLY.**
Name _____ Age _____
Name _____ Age _____
Name _____ Age _____

**RESIDENCE**
Street Address: _106 Liberty St_
City: _Stamford_   State: _Conn_
Zip Code: _06902_   Telephone: _203-536-7147_

Rev.1/11/08                             2

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 (12)
College   1 2 3 4     Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: __No__
Address of employer: ____
How long employed by present employer: ____
Income:  Monthly ____    Weekly ____

If <u>self-employed</u> state weekly wages: __No__
What is the nature of your employment? ____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the __26__ day of __8__, __2009__
The name of my last employer: __Stamford Health System__
Address: __Shellburn Rd Stamford CT 06903__
Telephone #: __(203) 7·?__
The last salary or wages received: __489-?__

If <u>spouse</u> is employed, please complete the following:
Name of employer: __Ø__
How long employed: ____
Income:  Monthly ____   Weekly ____
What is the nature of spouse's employment? ____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: __7/09__
I am receiving $ __454__ monthly ____ weekly __454√__
for myself and family of __one grandchild__.

If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: __Ø__.
I am receiving $ ____ monthly ____ weekly ____.

**FINANCIAL STATUS**   FS·
Owner of real property? Yes __√__   No ____
If yes, description: __With Colonial, one Family.__
Address: __361 Alpine ST__
In whose name? __Self__
Estimated value: __150000.00__
Amount owed: __99,000.00__

Rev.1/11/08                           3

Owed to: _Webster Bank_
Total: _99000.00_  Monthly payment _$1100.00_

Owed to: _Ø_
Total: _____  Monthly payment _____
Annual income from property: _Ø_

Other property:
Automobile: Make _Hyundai_  Model _Elanta_  Year _2007_
Registered owner(s) name(s): _Freda W Smith_
Present value of automobile: _6000._
Owed to: _Santander_
Amount owed: _8000.00_

Cash or Securities on hand:
Cash in banks and savings and loan associations: _500.00_
Names and addresses of banks and associations: _people united Bank_

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: _Ø_

**OBLIGATIONS:**
Monthly rental on house or apartment: $_____
Monthly mortgage payment on house: $ _1,100_
Gas bill per month: $_____
Electric bill per month: $ _90.00_
Phone bill per month: $ _125.00_
Car payments per month: $ _284.00_
Car insurance payments per month: $ _100.00_
Other types of insurance payments per month $ _137, 23.00_
Monthly payments to retail merchants: $ _100._
  Please list: _Macys_  $ _9_
  Please list: _____  $ _9_
Monthly payments on any other outstanding loans or debts: $ _400.00_
  Please list: _Sears, Home Depot, Hsbc_  $_____
  Please list: _Chase, TJX,_  $_____
Any money owed to doctors, hospitals, lawyers
  Please list: _Stamford Health System_  $ _2500.00_
  Please list: _Bpt Health_  $ _917.00_
Monthly payment for maintenance or child support under separation or dissolution agreement: $ _200.00_
Estimated monthly expenditure on food: $ _300._

Rev.1/11/08          4

Estimated monthly expenditure on clothing:   $ 100.—

Total amount of monthly obligations:   $ 2859.00

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):

_____ Ø _____
_____
_____

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: Sept 11, 09                           _____
                                            **Original Signature of Affiant**


## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 9/10/09                               _____
                                            Original Signature of Affiant

Rev.1/11/08                     5